RECEIVED
CLERK'S OFFICE

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF GEORGIA** AM 8: 38
_macon_ **DIVISION**
U.S. DISTRICT COURT
MIDDLE DIST. OF GEORGIA
**QUESTIONNAIRE FOR THE PRISONERS PROCEEDING**
**PRO SE UNDER 42 U.S.C. § 1983**

Raylee Smith #1000661938

_(GIVE FULL NAME AND PRISON NUMBER OF PLAINTIFF)_

**Plaintiff**

**VS.**

Al. St. Lawrence, Sheriff
Frank Pennington III, ADA

_(NAME OF EACH DEFENDANT)_

**Defendant(s)**

**CIVIL ACTION NO:**

**5:13-CV-414** MTT
CHW

## I. GENERAL INFORMATION

1. **Your full name _and_ prison number** Raylee Smith GDC# 1000661938

2. **Name and location of prison where you are _now_ confined** Riverbend Corr. Facility
   Milledgeville GA 31061

3. **Sentence you are now serving (how long?)** 6 years

   (a) **What were you convicted of?** Probation Violation of a (Technical)

   (b) **Name and location of court which imposed sentence** Superior Court of the
   Chatham County Eastern Judicial Circuit of Sav, GA

   (c) **When was sentence imposed?** November 02, 2012

   (d) **Did you appeal your sentence and/or conviction?** Yes ✔  No ☐

   (e) **What was the result of your appeal?** Habees corpus petition still
   currently pending

**(f)** Approximate date your sentence will be completed _may 28, 2018_

## II. PREVIOUS LAWSUITS

NOTE: FAILURE TO DISCLOSE **ALL** PRIOR CIVIL CASES MAY RESULT IN THE DISMISSAL OF THIS CASE. IF YOU ARE UNSURE OF ANY PRIOR CASES YOU HAVE FILED, THAT FACT MUST BE DISCLOSED AS WELL.

**4.** Other than an appeal of your conviction or sentence, and other than any habeas action, have you filed a lawsuit dealing with the same or similar facts or issues that are involved in this action?

    Yes ☐    No ☑

**5.** If your answer to question 4 is "Yes," list that lawsuit below, giving the following information:

(IF YOU HAVE FILED MORE THAN ONE LAWSUIT, LIST OTHER LAWSUITS ON A SEPARATE SHEET OF PAPER, GIVING THE SAME INFORMATION FOR EACH)

    **(a)** Parties to the previous lawsuit INVOLVING SAME FACTS:

        Plaintiff(s):_____

        _____

        Defendant(s):_____

        _____

    **(b)** Name of Court:_____

    **(c)** Docket Number:_____ When did you file this lawsuit?_____

    **(d)** Name of judge assigned to case:_____

    **(e)** Is this case still pending?    Yes ☐    No ☐

    **(f)** If your answer to (e) is "No", when was it disposed of and what were the results?

        (DID YOU WIN? WAS THE CASE DISMISSED? DID YOU APPEAL?)

        _____

        _____

**6.** Other than an appeal of your conviction or sentence, and other than any habeas action, have you ever filed any lawsuit while incarcerated or detained?    Yes ☑    No ☐

**7.** If your answer to question 6 is "Yes," list that lawsuit below, giving the following information:

(IF YOU HAVE FILED MORE THAN ONE LAWSUIT, LIST OTHER LAWSUITS ON A SEPARATE SHEET OF PAPER, GIVING THE SAME INFORMATION FOR EACH)

    **(a)** Parties to the previous lawsuit:

        Plaintiff(s): _Raylee Smith_

        Defendant(s): _Al. St. lawrence, Sheriff, Sgt Lowe, Ofr J.Dixon_

    **(b)** Name of Court: _u.s. Dist court savannah, Division._

    **(c)** Docket Number: _CV413-155_    When did you file this lawsuit? _6/27/13_

    **(d)** Name of judge assigned to case: _Honorable williams T. Moore,_

    **(e)** Is this case still pending?    Yes ☑    No ☐

**(f)    If your answer to (e) is "No", when was it disposed of and what were the results?**
(DID YOU WIN? WAS THE CASE DISMISSED? DID YOU APPEAL?)

## 8. AS TO <u>ANY</u> LAWSUIT FILED IN <u>ANY</u> FEDERAL COURT in which you were permitted to

proceed *in forma pauperis*, was any suit dismissed on the ground that it was frivolous, malicious, or

failed to state a claim?        Yes ☑    No ☐

If your answer is Yes, state the name of the court and docket number as to each case:

U.S. Dist Ct Savannah Division          CV 413-103

### III. PLACE OF INCIDENT COMPLAINED ABOUT

9. Where did the matters you complain about in this lawsuit take place? Chatham County Savannah Georgia Sheriff department detention Center (Jail)

(a) Does this institution have a grievance procedure?        Yes ☑    No ☐

(b) If your answer to question 9(a) is "Yes", answer the following:

(1) Did you present your complaint(s) herein to the institution as a grievance?

Yes ☐        No ☑

(2) If Yes, what was the result?

(3) If No, explain why not: L.T. Ms. Williams told me, and Sgt Mr. Lessett they would not intertain or process a Frivolous grievance which is beyond the control of the Sheriffs department, And if I file this grievance, I could and wold be charge For Filing Frivolous complaints

(c) **What, if anything else, did you do or attempt to do to bring your complaint(s) to the attention of prison officials? Give dates and places and the names of persons talked to.**

I wrote several inmate request forms to the Sheriff Al St Lawrence
and J LT. Mc Williams, Sgt Mr Lejjett, Jail Administrator
But never got any response or notice other than a verbal statement

(d) **Did you appeal any denial of your grievance to the highest level possible in the prison system?**     Yes ☐     No ☑

(1) **If Yes, to whom did you appeal and what was the result?** ⨯

(2) **If No, explain why you did not appeal:** I was threaten if I File
a complaint on this frivolous matter I would be charged
so I was scared to do so as a inmate

**10. In what other institutions have been confined? Give dates of entry and exit.**

I no entered Riverbend Correctional Facility on January 8
2013, in Milledgeville GA, 31061

## IV. PARTIES TO THIS LAWSUIT

**11. List your CURRENT place of incarceration/mailing address.**

Raylee Smith GDC# 1000661938, Riverbend Correctional Facility
196 Laying Farm Road Milledgeville GA 31061

**12.  List the full name, the official position, and the place of employment of each defendant in this lawsuit.** (ATTACH ADDITIONAL PAGES IF NECESSARY)

Mr. Al St. Lawrence, position is (Sheriff) 1050 Carl Griffin Drive
Chatham County Sheriff department, Savannah, GA. 31405, Mr.
Frank Pennington III, Assistant District Attorney is
his position, 133 Montgomery St, ste 600, Chatham
County Court house, Eastern Judicial Circuit Sav, GA 31401

## V. STATEMENT OF CLAIM

13. In the space hereafter provided, and on separate sheets of paper if necessary, set forth your claims and contentions against the defendant(s) you have named herein. Tell the court <u>WHAT</u> you contend happened to you, <u>WHEN</u> the incident(s) you complain about occurred, <u>WHERE</u> the incident(s) took place, <u>HOW</u> your constitutional rights were violated, and <u>WHO</u> violated them? Describe how <u>each</u> defendant was involved, including the names of other persons who were also involved. If you have more than one claim, number and set forth each claim SEPARATELY.

DO NOT GIVE ANY LEGAL ARGUMENT OR CIT ANY CASES OR STATUTES AT THIS TIME; if such is needed at a later time, the court will advise you of this and will afford you sufficient time to make such arguments. KEEP IN MIND THAT RULES 8 OF THE FEDERAL RULES OF CIVIL PROCEDURE <u>REQUIRES</u> THAT PLEADINGS BE <u>SIMPLE</u>, <u>CONCISE</u>, and <u>DIRECT</u>! If the court needs additional information from you, you will be notified.

**WHERE** did the incident you are complaining about occur? That is, at what institution or institutions? Chatham County Sheriff Department Jail and detention Center

**WHEN** do you allege this incident took place? from September 18th, 12 until Nov 2, 12

**WHAT** happened? On June 23, 12, plaintiff was arrested For simple Batter misdameanor, which also violated his probation case under CR11-21-77-AB and CR11-21-78-AB, while house at the Chatham County Sheriff detention Center, plaintiff hired and retained Mr. William G. Bell, to represent him on the probation case, on June 30th 12 a probation Bond was sett by the honorable Ms. Larisa Abbot For probation violation for six Thousand eight hundred dollars and a 2,800 dollars bond for the misdemeanor (Batter) On July 09, 2012 Savannah, GA Bail Bonding Inc. 618 Highway 80, Garden City GA 31408, released plaintiff on the above Bails; and on July 25, 2012, the Sheriff executed a Bench warrant on plaintiff based on a (Accusation) Frank pennington ADA alleged that the Grand jurors at the June term found a true bill indictment against plaintiff For several Felony charges, However there exist no transcripts or minutes or sworn oath statements or returned of true bill indictment being filed in open Ct

1.

V: Statement of claim continues

On July 18, 2012, which is the date listed on the attached and enclosed Exhibit B indictment, as the date plaintiff was suppose to have been indictment by the Grand Jurors; please keep in mind For the record of this complaint and suit, plaintiff's probation Bond had not be render and was still active, Also plaintiff had never committed nor violated the conditions of his Bail while released, Furthermore plaintiff was Falsely indicted under No. CR12-15-63-AB, there Exist no return of True bill being Filed into open Ct nor transcribed as the laws of this state requires to render an indictment (valid). plaintiffs First Court appearence was a status conference hearing on Sept 18, 2012, an appearence was made by my retained Attorney Mr. William G. Bell after returning back to the Sheriff detention Center and county Jail, defendant Mr. Al. St. Lawrence refused and deliberately denied releasing me back out on my (Bail), and kept me incarcerated until November 02, 2012, the date my probation violation was revoked in full by the Recommendation of defendant Mr. Frank Pennington III (ADA), plaintiff remain Falsely imprisonment by both defendants Frivolous and malicious action and misconduct, For a total of 45 days From Sept 18, 12 until Nov 02, 12

2.

(Additional sheets of paper with Legal Arguments plus Exhibits and the supported case citation etc.)

I am filing this section (1983) Lawsuit against the Sheriff of the Chatham County Jail Mr. Al. St. Lawrence and Assistant District Attorney Mr. Frank Pennington III, of the Eastern Judicial circuit in there individual capacity (personally) Because plaintiff Seeks compensatory damages in his injuries For a constitutional violation of his Fourth Amendment right which states no such warrants shall issue, But upon probable cause supported by oath or affirmation See Exhibit A enclosed Bench Warrant Filed by Mr. Frank Pennington (ADA) whom claimed the plaintiff was indicted by the June term 2012 by the Superior Court Grand Jurors, See Exhibit B True bill reflects plaintiff was indicted on July 18, 2012, Furthermore plaintiff will argue and allege that this is merely Just an False and Frivolous statement and Accusation, and the defendant Mr. Frank Pennington must submit to this court and plaintiff certified copies of his transcript during the return of the true bill indictment being return into open Court by a Grand Jury Bailiff or Grand jury as a body the minutes are also required For July 18, 2012, which would Verify rather or not plaintiffs arrest was

illegal or valid and rather or not the bench warrant was also valid or illegal, to arrest plaintiff on July 25, 2012, furthermore the true bill indictment wasn't filed in open court as required by law, See zagar v. states 194. Ga. 285, 21. S.E. 2d 647 No. 14227 July 15, 1942. In order to render an indictment valid it must be returned into open court either by the grand jurors as a Body or by the sworn grand jury Bailiff, Also See Exhibit A indictment enclosed which verify Bench warrant and arrest was executed by the Sheriff Deputy Chatham County on July 25, 2012, and the plaintiffs first court appearence was september 18, 2012, a status conference hearing yet plaintiff remaind incorcerated by defendant Al. St. Law- rence the (Sheriff) of the chatham County Jail until November 02, 2012, date of revocation of plaintiffs probation, which was 45 days (False imprisonment) prior to racocation date, Further- more grounds for a 1983 civil action For False imprisonment is warrnted, when plaintiff was held beyond the penalty imposed See Rittens v. New York. 504 N.Y.S. 2d 969 (1986). a new york court held the plaintiff had a claim for Falsely imprisonment where he was held nine days beyond the last days of the penalty imposed. And plaintiff was held 45 days past the penalty

4.

imposed for arrest upon a Bench warrant supported by case citation See Exhibit C enclosed Supreme Court of Georgia V. Gary Lewis Stringers 258. Ga 605. 372 S.E. 2d 426. No.45 839. Oct 05, 1988, Once defendant appeared in court, Bench warrant issued by judge no longer had any force or effect regardless of whether any Formal written order was entered quashing warrant. Furthermore plaintiff was arrested on July 25, 2012, and first court appearence was on September 18, 2012, at a status conference hearing. But defendant (Sheriff) Al. St. Lawrence deliberately refused to release plaintiff, however plaintiff remand Falsely imprisonment under the custody of the (Sheriff) 45 days prior to his revocation date which was on November 02, 2012, and this is a violation of plaintiff 14th amendment due process of law For the lost of Liberty (freedom) and Also his Eighth amendment right of cruel and unusual punishment and deliberate indifference, because as (Sheriff) he was and is well aware and train and qualified to serve his (position) with knowledge of what a Bench warrant is and its purpose. Also defendant Al. St. Lawrence has denied and deprived plaintiff of his Liberty Freedom From Sept 18 until Nov 02, 2012, And

Finally defendant Mr. Frank Pennington III, ADA has deliberately violated plaintiff's Fourth amendment right which states no warrants shall issue, but upon probable cause, supported by Oath or affirmation, See Exhibit B True bill indictment which wasn't returned into open Court as the law requires to make a indictment valid defendant Frank Pennington III has also violated plaintiff Eighth amendment constitutional right of cruel and unusual punishment, defendant was deliberately indifference to the substential risk of serious harm, furthermore defendant Frank Pennington III (ADA) is being sued in his individual capacity, suites seek to impose personal Liability upon a government official For actions he takes under color of state Law See Harlow v. Fitzgerald 457 u.s. 800, 818, 102 s. ct. 2727 2738, (1982). Contrarily a state official may be held personally liable in a 1983 action if he knew or should have known that he was violating a plaintiff's clearly established Federal rights, and defendant is a Assistant district Attorney whom has over 10 years experience in practicing criminal Law and prosecution, And the Sheriff Al. St Lawrence has over 45 years of criminal law as (Sheriff) and nither defendants

6.

Within this suit enjoy's immunity or qualified immunity Because there actions clearly violates an established federal constitutional right See Harlow v. Fitzgerald 457 u.s. 800, 818 102 s. ct. 2727, 2738 (1982) in violation of plaintiff Fourth amendment constitutional right, and his 14th amendment constitutional right of deprived of Liberty and due process of law, and equal protection of the law, of (Falsely imprisonment) (cruel and unusual punishment) and (deliberateley indifference) Fourth amendment violation of (illegal issuance of warrant without oath or confirmation unsupported by sworn statement) and both defendants are being sued in there individual capacity (personally) Also See Exhibit D office of the sheriff Chatham County, GA, criminal Bond. This document certifies and verify plaintiff was released from the Sheriffs custody on July 08, 2012, on his probation violation surrounding Accusation No. CR11-81-78-AB and CR11-21-77-AB, Thragh Squannah Bail bondman Inc. And on July 23, 2013 a bench warrant was filed by Assistant district Attorney Frank Pennington lll For plaintiffs arrest and on July 25, 2012, the Chatham County Sheriff department executed this bench warrant thragh its deputy Sheriff

And defendants are both in violation of a illegal and unlawful frivolous bench warrant unsupported by Oath or confirmation, furthermore the True bill indictment was not Filed and returned in open court on July 18, 2012 nor does there exist any transcripts nor any minutes, other words in order to render a True bill indictment valid if must be return in open court by a Grand Jury as a body or Grand Jury Baliff sworn in before the open court, This is a (1983) Civil action complaint and law suit Filed against both defendants in there individual and personally capacity as both defendants works under the color state law, and are liable when there misconduct clearly violates a Federal right established by the u.s. constitutions, furthermore the supreme court of Georgia bench warrant cases, See 274 Ga. 511 state v Johnson November 28, 2001, and 271 Ga. 714 Livingston v. state November 22, 1999 and 269 Ga. 245 Fleming v. state March 16 1998 and the 268 Ga. 468 Jenkins v. state, October 6, 1997, See 267 Ga. 398 Marini v. Gibson Nov, 25, 1996, Also the Cort of Appeal of Georgia 740, S.E. 2d 850 wise v. state, March 28, 2013 all the above cases ended ruling a very defendant listed

Statement of claim and Arguments
above was issued a bench warrant For failer
to appear in Cart at a hearing etc, and it's
verified a bench warrant has served it's pur-
pose once appearance is made in Court. Also
plaintiffs Bench warrant is void as it is unsu-
pported by oath or affirmation of Probable cause
nor sworn. See AFFidavit not sworn before an
officer authorized to administer oath is void.
COX V. Perkins, 151 Ga. 632, 107 S.E. 863, 16 AL.
R. 918 (1921). Thorpe v. Wray, 68 Ga. 359, (1882).
Furthermore see Exhibit A bench warrant, the
AFFidavit by (ADA) Frank Pennington, Failed to
make a sworn statement under Oath or
affirmation that plaintiFF was truely indict-
ed and returned into open Court." only a
merey Accousation under certified nor
returned into open court, See Warrant void
without time and place of offense - warrant
that does not allege when or where the crime
was committed is void. Thorpe v. wray 68,
Ga. 359 (1882). Also if the plaintiff was arrested
under a void warrant the action is for False
imprisonment. Courtenay v. Randolph, 125, Ga.
App. 581, 188 S.E. 2d 396(1972). furthermore
to avoid liability For false imprisonment it,
must be shown not only that the arrest

9.

Statement of Claim and Arguments

was valid but also that the arresting officer had probable cause to believe the Charged offense had been committed. Amason v. Kroger Co. 204 Ga. App. 695, 420 S.E. 2d 3-14 (1992). plaintiff allege defendant Frank Pennington II (ADA) filed and issued a Frivolouse bend warrant before plaintiffs indictment was never filed and certified returned in open cort, by Grand jury nor Fereman nor Grund jury bailiff on July 18, 2013, nor are there a transcript or minutes are the Supreme Cort of Georgia require before a indictment can be valid. See Exhibit B true bill indictment, this 1983 Civil action law suit is very well supported by material facts of evidence and documentations, and both defendants are liable when there misconduct Clearly violates a federal right established by the united states constitution, ① Eighth amend constitution, 14th amend constitution, (4) amend. constitution, and now plaintiff is a victim and is entitled to such demanded relief.

10.

**14. List the name and address of every person you believe was a WITNESS to the incident(s) you complain about, BRIEFLY stating what you believe each person knows from having seen or heard what happened.** (USE ADDITIONAL SHEETS, IF NECESSARY)

**15. BRIEFLY state exactly what you want the court to do for you. That is, what kind of relief are you seeking in this lawsuit? Do not make any legal arguments and do not cite any cases or statutes!**
(USE ADDITIONAL SHEETS, IF NECESSARY)

to award plaintiff 222.000.23 cent For each day I was held unlawful and unconstitutional For False imprisonment From Sept 18, 2012 until Nov 02, 2012 45 days prior to revocation of probation violation, in the Chatham county Sheriff detention center and county Jail, that's (two hundred and twenty two Thousand dollers and twinty-three cents) per day

**16. You may attach additional pages if you wish to make any legal argument. However, legal arguments are NOT required in order for you to obtain relief under §1983. If the court desires legal argument from you, it will request it. If any defendant presents a legal argument, you will be afforded an opportunity to respond thereto.**

**17. KEEP IN MIND THAT ONCE YOUR LAWSUIT IS FILED, THE COURT WILL REQUIRE YOU TO DILIGENTLY PROSECUTE IT. That means that you will be required to go forward with your case without delay. Thus, if you fail to adequately prepare your case before you file it, you may find your lawsuit dismissed for failure to prosecute if you take no action once it is filed. YOU WILL RECEIVE NO FURTHER INSTRUCTIONS FROM THE COURT TELLING YOU WHAT TO DO OR HOW TO DO IT! IT IS YOUR RESPONSIBILITY AND YOURS ALONE TO PROSECUTE YOUR OWN CASE! If you fail to prosecute your case, it will be dismissed under Rule 41 of the Federal Rules of Civil Procedure.**

Signed this _21_ day of _October_ , 20 _13_ .

_____
PLAINTIFF